No. 10–11150.  TUVALU v. HUERTA-GARCIA, ACTING WARDEN. C. A. 9th Cir.  Certiorari denied.

No. 10–11151.  WINKLER v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir. Certiorari denied.

No. 10–11152.  TIMMONS v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–11154.  BUSH v. PLILER, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 10–11156.  NELSON v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 10–11157.  MCDOWELL v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–11158.  JORDAN v. BRUNSMAN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–11160.  MIXON v. CORRIGAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–11161.  WHITFIELD v. FRESNO COUNTY, CALIFORNIA. Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 10–11162.  MARRON v. ADAMS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–11164.  SIRECI v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–11165.  BEVERLY v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 10–11166.  ACHHA v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 10–11167.  NACACIO AMU, AKA AMU v. UNITED STATES. C. A. 4th Cir.  Certiorari denied.